1  J. Paul Sizemore
   **Sizemore Taylor, LLP**
2  2101 Rosecrans Ave., Suite 5290
   El Segundo, CA 90245
3  Telephone: (310) 322-8800
   Fax: (310) 322-8811
4
   Attorneys for Plaintiffs
5

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| 13  IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
|---|---|
| 15  This Document Relates To: | |
| 16  *Nancy Jones v. Pfizer Inc* (05-4579 CRB) | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 18  *Vicky Garlett v. Pfizer Inc, Merck & Co., Inc.* (05-4920 CRB) | |
| 19  *Richard Weber and Hattie Weber v. Merck & Co., Inc. and Pfizer Inc* (05-4921 CRB) | |
| 21  *Larry Vilmer and Nancy Vilmer v. Merck & Co., Inc., Pfizer Inc* (05-4926 CRB) | |
| 23  *Rolland Schach and Francis Schach v. Merck & Co., Inc. and Pfizer Inc* (05-4927 CRB) | |
| 25  *Richard Rupniewski and Sharon Rupniewski v. Merck & Co., Inc. and Pfizer Inc* (05-4928 CRB) | |
| 27  *Barbara Goddard and John Goddard v. Pfizer Inc* (05-5376 CRB) | |

-1-

1
2   *Maisie Cavanah and Richard Cavanah v. Pfizer Inc*
    (05-5377 CRB)
3
4   *John Ryan and Anna Ryan v. Pfizer Inc*
    (05-5378 CRB)
5   *Phillip Kanngiesser and Karen Kanngiesser v. Pfizer Inc*
6   (05-5379 CRB)
7   *Mary McKinney v. Pfizer Inc*
    (05-5380 CRB)
8
9   *William Banning and Kimberly Banning v. Pfizer Inc*
    (05-5381 CRB)
10
11  *Garland Schnack and Eileen Schnack v. Pfizer Inc*
    (06-0431 CRB)
12
13  *Octavia Gahagans, et al. v. Merck & Co., Inc. and Pfizer Inc*
    (06-0440 CRB)
14
15  *Helene Hancock, et al. v. Merck & Co., Inc. and Pfizer Inc*
    (06-0444 CRB)
16
17  *Sharon Walker v. Pfizer Inc*
    (06-0449 CRB)
18  *Larry Redman v. Merck & Co., Inc. and Pfizer Inc*
19  (06-0463 CRB)
20  *Robert Madere and Kathy Madere v. Pfizer Inc and Merck & Co., Inc.*
21  (06-3670 CRB)
22  *Marsha S. Taylor, et al. v. Pfizer Inc*
    (06-3813 CRB)
23
24  *Linda Rinche and Paul Rinche v. Pfizer Inc*
    (06-4832 CRB)
25  *Jerry D. Crane and Connie M. Crane v. Pfizer Inc*
26  (06-6778 CRB)
27  *Matthew Champagne, et al. v. Pfizer Inc*
    (06-7405 CRB)
28

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1. *Annetta Papa v. Pfizer Inc* (06-7894 CRB)
2. *Ferrell Heeter and Judy Heeter v. Pfizer Inc* (06-7895 CRB)
3. *Ronald D. Sanburg, et al. v. Pfizer Inc* (06-7896 CRB)
4. *Dale D. Anderson v. Pfizer Inc and Merck & Co., Inc.* (07-0358 CRB)
5. *Elizabeth Streich, et al. v. Pfizer Inc* (07-0468 CRB)
6. *Owen Stevens and Geneva Stevens, his wife v. Pfizer Inc* (07-1862 CRB)
7. *Dennis Sosebee and Louise Sosebee, his wife v. Pfizer Inc* (07-1865 CRB)
8. *Render Godfrey and Beverly Godfrey, his wife v. Pfizer Inc* (07-1867 CRB)

Come now Plaintiffs in the above-entitled actions and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of these actions **with prejudice as to all parties**, with each side bearing its own attorneys' fees and costs.

DATED: Jan. 20, 2010    By: [signature]

**SIZEMORE TAYLOR, LLP**
2101 Rosecrans Ave., Suite 5290
El Segundo, CA 90245
Telephone: (310) 322-8800
Fax: (310) 322-8811

*Attorneys for Plaintiffs*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: 1/28, 2010    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: Feb. 2, 2011

Hon. Charles R. Breyer
United States District Court